**Lavoe JACKSON, Appellant,**

v.

**DIRECTOR OF REVENUE,**
Respondent.

No. 75258.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 3, 1999.

James A. Stemmler, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

ORDER

PER CURIAM.

Appellant, Lavoe Jackson ("appellant"), appeals from the Circuit Court of St. Louis County's judgment upholding the Director of Revenue's ("Director") suspension of appellant's driving privileges, RSMo section 302.505,[1] after appellant was arrested for driving while intoxicated. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcripts, and find no error of law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

■

**Brenda Ann THOMPSON, Respondent,**

v.

**Larry Boyce THOMPSON, Appellant.**

No. 75226.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 3, 1999.

John M. McIlroy, Jr., Bowling Green, for appellant.

Richard D. Sabbert, St. Charles, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and KENT E. KAROHL, J., and CHARLES B. BLACKMAR, Senior Judge.

ORDER

PER CURIAM.

Larry Boyce Thompson appeals from a trial court decree of dissolution, challenging only the monetary portions of the judgment. Thompson contends the trial court failed to consider wife's various sources of potential income in awarding maintenance and child support. Thompson also challenges the award of wife's attorneys' fees.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is confirmed in accordance with Rule 84.16(b).

---

1. All statutory references or to RSMo (Cum. Supp.1998).